1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  CASEY O'NEILL (NYBN 4715363)
   Special Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, CA 95113
   Telephone: (408) 535-5080
7  Fax:  (408) 535-5066
   E-Mail: Casey.O'Neill@usdoj.gov
8
   Attorneys for the United States of America
9

FILED

MAR 21 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,           )  CASE NO. CR 13-00505 EJD (PSG)
                                        )
14       v.                             )  STIPULATION AND [PROPOSED] PROTECTIVE
                                        )  ORDER REGARDING DISCOVERY MATERIALS
15  FRANCISCO MUNGUIA,                  )
         a/k/a "Chubs,"                 )
16                                      )
         Defendant.                     )
17                                      )
                                        )
18

19       With the agreement of the parties and defendant's consent, the Court enters the following Order:

20       Defendant is charged with violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii),

21  Possession with Intent to Distribute, and Distribution of, Methamphetamine. Per defendant's anticipated

22  disclosure request, the United States will produce certain materials, including documents and audio and

23  video recordings, pertaining to the defendant and the charged drug transaction (hereinafter, the

24  "DISCOVERY MATERIALS") to defense counsel, in lieu of making those DISCOVERY

25  MATERIALS available for review only. Any such materials are deemed produced pursuant to the

26  following restrictions:

27

28

PROTECTIVE ORDER
CR 13-00505 EJD (PSG)                        1

1. Except when actively being examined for the purpose of the preparation of the defense of defendant, the DISCOVERY MATERIALS shall be maintained in a locked or otherwise safe and secure location, which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare defendant's defense, and his or her investigator(s). Defense counsel, members of his or her law firm, defendant, and the investigator(s) shall not permit any person access of any kind to the DISCOVERY MATERIALS except as set forth below.

2. The following individuals may examine the DISCOVERY MATERIALS for the sole purpose of preparing the defense of defendant and for no other purpose:

    a) counsel for defendant;

    b) members of defense counsel's law office;

    c) defendant, but only in the presence of defense counsel or another authorized person listed in this paragraph (defendant may not take or maintain the DISCOVERY MATERIALS or copies thereof); and

    d) investigators retained by defendant to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the DISCOVERY MATERIALS, he or she must obtain either the United States' consent or a further order of the Court before allowing any other individual to review the materials.

3. A copy of this Order shall be maintained with the DISCOVERY MATERIALS at all times.

4. All individuals other than defense counsel and defendant who receive access to the DISCOVERY MATERIALS, prior to receiving access to the materials, shall sign a copy of this Order acknowledging that:

    a) they have reviewed the Order;

    b) they understand its contents;

    c) they agree that they will only access the DISCOVERY MATERIALS for the purposes of preparing a defense for defendant; and

    d) they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for defendant shall either: (1) send signed copies of the Order to counsel for the United States; or (2) file signed copies of the Order, ex parte and under seal. The United States shall have no access to the signed copies filed under seal without further order of the Court.

5. No other person shall be allowed to examine the DISCOVERY MATERIALS without further order of the Court. Examination of the DISCOVERY MATERIALS shall be done in a secure environment which will not expose the materials to other individuals not listed above.

6. The DISCOVERY MATERIALS may be duplicated to the extent necessary to prepare the defense of this matter. Any duplicates will be treated as originals in accordance with this Order.

7. If the DISCOVERY MATERIALS are attached to any pleadings or other court submissions, the DISCOVERY MATERIALS and any pleadings or submissions referencing those materials shall be filed or lodged under seal.

8. The defense team shall return the DISCOVERY MATERIALS (and any duplicate copies of the same) to the United States fourteen calendar days after any one of the following events, whichever is latest in time, occurs: dismissal of all charges against the defendant; the defendant's acquittal by court or jury; or the conclusion of any direct appeal on the defendant's behalf.

9. After the conclusion of proceedings in the district court or any direct appeal in the above-captioned case, the United States will maintain a copy of the DISCOVERY MATERIALS. The United States will maintain the DISCOVERY MATERIALS until the time period for filing a motion pursuant to 28 U.S.C. § 2255 has expired. After the statutory time period for filing such a motion has expired, the United States may destroy the DISCOVERY MATERIALS. In the event the defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide defense counsel with a copy of the DISCOVERY MATERIALS under the same restrictions as trial and direct appeal defense counsel. Defense counsel in any action under 28 U.S.C. § 2255 shall return the same materials fourteen calendar days after the district court's ruling on the motion or fourteen calendar days after the conclusion of any direct appeal of the district court's denial of the motion, whichever is later.

1  Dated: March 20, 2014                           MELINDA HAAG
                                                   United States Attorney
2

3                                                  _____/s/_____
                                                   CASEY O'NEILL
4                                                  Special Assistant United States Attorney

5

6

7

8  Dated: March 21, 2014
                                                   Name: THOMAS J. FERRITO
9                                                  Counsel for defendant Francisco Munguia

10

11

12       IT IS SO ORDERED that disclosure of the above-described materials shall be restricted as set
13  forth above.

14

15  Dated: March 21, 2014
                                                   HON. PAUL S. GREWAL
16                                                 United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER
CR 13-00505 EJD (PSG)                    4